ROB BONTA
Attorney General of California
LAURA FAER (SBN: 233846)
DARRELL SPENCE (SBN: 248011)
Supervising Deputy Attorneys General
EDWARD NUGENT (SBN: 330479)
ANTHONY PINGGERA (SBN: 320206)
JENNIFER BUNSHOFT (SBN: 197306)
KATHERINE BRUCK (SBN: 342536)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 229-0113
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** | No. 3:26-cv-01259 |
| Plaintiff, | **DECLARATION OF EDWARD NUGENT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| **U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS U.S. SECRETARY OF EDUCATION; FRANK E. MILLER, JR., IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STUDENT PRIVACY POLICY OFFICE OF THE U.S. DEPARTMENT OF EDUCATION; AND UNITED STATES OF AMERICA,** | Date:<br>Time:<br>Courtroom:   3<br>Judge:        Noël Wise (Duty Judge)<br>Trial Date:   Not Set<br>Action Filed: February 11, 2026 |
| Defendants. | |

I, Edward Nugent, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of California, admitted to the

bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California

NUGENT DECL. ISO PL.'S EX PARTE MOT. FOR TEMPORARY RESTRAINING ORDER

Department of Justice. The Attorney General is counsel to Plaintiff State of California. I make this declaration in support of Plaintiff's motion for a temporary restraining order.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Pursuant to N.D. Cal. Civil L.R. 65-1 and Fed. R. Civ. P. 65, counsel from my office emailed notice of the instant ex parte application to counsel for the Defendants, the United States Department of Justice. Specifically, notice was emailed to Brad Rosenberg, Special Counsel for the Federal Programs Branch, at brad.rosenberg@usdoj.gov; and Pamela Johann, Chief of the Civil Division for the Northern District of California, at pamela.johann@usdoj.gov, today, February 11, 2026, at approximately 3:00 p.m. Pacific Standard Time.

4. Today, shortly following the filing of the Ex Parte Motion, the Ex Parte Motion and supporting papers will be served to the above email addresses, as well as to the following physical mailing addresses by overnight mail:

    a. For Defendant United States of America:

        i. U.S. Attorney's Office for the Northern District of California

            450 Golden Gate Avenue

            P.O. Box 36055

            San Francisco, CA 94102

        ii. Attorney General of the United States

            U.S. Department of Justice

            950 Pennsylvania Avenue, NW

            Washington, D.C. 20530-0001

    b. For Defendants Department of Education, McMahon, and Miller:

        i. U.S. Department of Education

            400 Maryland Avenue, SW

            Washington, D.C. 20202-8520

        ii.    Secretary of Education Linda McMahon

           400 Maryland Avenue, SW

           Washington, D.C. 20202-8520

        iii.   Student Privacy Policy Office Director Frank Miller

           400 Maryland Avenue, SW

           Washington, D.C. 20202-8520

5.     Because Defendants will be served with Plaintiff's Ex Parte Motion for a Temporary Restraining Order and supporting papers by email today and with physical copies by overnight mail, the Proposed Order submitted concurrently with Plaintiff's motion does not leave space for a deadline by which the temporary restraining order and supporting papers must be served as contemplated by Civil L.R. 65-1(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 11, 2026, at San Francisco, California.

*/s/ Edward Nugent*

Edward Nugent

NUGENT DECL. ISO PL.'S EX PARTE MOT. FOR TEMPORARY RESTRAINING ORDER