Rob Bonta
Attorney General of California
Laura Faer (SBN: 233846)
Darrell Spence (SBN: 248011)
Supervising Deputy Attorneys General
Edward Nugent (SBN: 330479)
Anthony Pinggera (SBN: 320206)
Jennifer Bunshoft (SBN: 197306)
Katherine Bruck (SBN: 342536)
 Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone:  (415) 229-0113
  Fax:  (415) 703-5480
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION ET AL.,<br><br>Defendants. | No. 3:26-cv-01259-WHO<br><br>**JOINT STIPULATION RE: ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 6)**<br><br>Date:<br>Time:<br>Courtroom:  3<br>Judge:      Noël Wise (Duty Judge)<br>Trial Date:  Not Set<br>Action Filed: February 11, 2026 |

Pursuant to this Court's order of February 11, 2026, Dkt. No. 6, the parties, having met and conferred, submit the following joint stipulation regarding "the narrow issue of whether and when, if at all, the Federal Government intends to withhold California's access to the $4.9 billion at issue." *Id.* at 2

Defendants relayed to Plaintiff that the U.S. Department of Education (ED) has not yet determined whether any funds will be withheld, nor when that will occur, if at all. The parties therefore propose and stipulate to the following:

1

1. The parties shall provide joint status reports to this Court every 60 days until any decision is made regarding whether Defendants have determined to withhold funds, and if so, when such notice of withholding will issue.

2. The parties shall provide the Court with a proposed briefing and hearing schedule on California's pending motion, Dkt. No. 4, within 2 business days after any determination regarding whether ED will withhold funds, should ED ultimately decide to do so. The proposed schedule will request that Defendants' response, Plaintiff's reply, and the Court's hearing all occur within 30 days of ED's decision so that the issues may be heard on an expedited basis, if ED ultimately decides to withhold funds.

3. Pending ED's decision, and this Court's decision on the substantive issues raised in California's pending motion, Dkt. No. 4, pursuant to the aforementioned briefing schedule, Defendants shall not withhold, suspend, or disrupt Plaintiff's access to federal education funding on the basis of the January 28, 2026 letter of findings at issue in this litigation, until 21 days after the Court's hearing on California's pending motion, provided that all briefing and the hearing occur within 30 days of any decision made by ED.

4. The hearings contemplated in the Court's order, *see* Dkt. No. 6 at 3, shall be vacated.

For the Court's convenience, the parties have attached a proposed order with the above provisions to this stipulation.

Dated: February 17, 2026     Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          LAURA FAER
                                          DARRELL W. SPENCE
                                          Supervising Deputy Attorneys General
                                          KATHERINE BRUCK
                                          EDWARD NUGENT
                                          ANTHONY PINGGERA
                                          Deputy Attorneys General

                                          */s/ Edward Nugent*
                                          EDWARD NUGENT
                                          Deputy Attorney General
                                            455 Golden Gate Avenue, Suite 11000
                                            San Francisco, CA 94102
                                            Telephone: (415) 229-0113
                                            E-mail: Edward.Nugent@doj.ca.gov

*Attorneys for Plaintiff State of California*

/s/ *J. Stephen Tagert*
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MICHELLE BENNETT
Assistant Branch Director
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

Joint Stipulation re: Order Granting Motion for Temporary Restraining Order (3:26-cv-01259-WHO)

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

Dated: February 17, 2026

/s/ Edward Nugent
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 17, 2026

/s/ Edward Nugent
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*

|   |   |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                              Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION et al.,**<br><br>                              Defendants. | Case No. 3:26-cv-01259-WHO<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION RE: ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In this Court's order dated February 11, 2026, Dkt. No. 6, the Court ordered the parties to meet and confer, and submit a stipulation, regarding "the narrow issue of whether and when, if at all, the Federal Government intends to withhold California's access to the $4.9 billion at issue." *Id.* at 2-3. The parties filed a joint stipulation in response on February 17, 2026. Dkt. No. 13. Upon consideration, and for good cause shown, the joint stipulation is **GRANTED**. In particular, consistent with the stipulation, the Court hereby **ORDERS** as follows:

1. The parties shall provide joint status reports to this Court every 60 days, until any decision is made regarding whether Defendants have determined to withhold funds, and if so, when such notice of withholding will issue. The parties shall submit the first such status report on Friday, April 17, 2026.

2. The parties shall provide the Court with a proposed briefing and hearing schedule on California's pending motion, Dkt. No. 4, within 2 business days after any determination regarding whether Defendant U.S. Department of Education (ED) will withhold funds, should ED ultimately decide to do so. The proposed schedule will request that Defendants' response, Plaintiff's reply, and the Court's hearing all occur within 30 days of ED's decision so that the issues may be heard on an expedited basis, if ED ultimately decides to withhold funds.

3. Pending ED's decision, and this Court's decision on the substantive issues raised in California's pending motion, Dkt. No. 4, pursuant to the aforementioned briefing schedule, Defendants shall not withhold, suspend, or disrupt Plaintiff's access to federal education funding on the basis of the January 28, 2026 letter of findings at issue in this litigation, until 21 days after the Court's hearing on California's pending motion, provided that all briefing and the hearing occur within 30 days of any decision made by ED.

4. The hearings contemplated in the Court's previous order, *see* Dkt. No. 6 at 3, are hereby vacated.

**IT IS SO ORDERED.**

Dated: February 17, 2026

Noël Wise
United States District Judge
General Duty Judge