ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
EDWARD NUGENT
Deputy Attorney General
State Bar No. 330479
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 229-0113
 Fax:  (415) 703-5843
 E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 3:26-cv-01259-WHO |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS AND DISCOVERY** |
| **U.S. DEPARTMENT OF EDUCATION et al.,** | Date: N/A |
| Defendants. | Time: N/A |
| | Courtroom: 2 |
| | Judge: Hon. William H. Orrick |
| | Trial Date: Not yet set |
| | Action Filed: 2/11/2026 |

The Court's order entered on February 17, 2026, sets forth, inter alia, the parties' obligations to file joint status reports and, if necessary, a proposed briefing schedule for a preliminary injunction. *See* Order Granting Joint Stipulation ¶¶ 1-2, Dkt. No. 14. Given the schedule set forth in the Court's order, and because the parties have no further update regarding a determination by Defendants, *see* First Joint Status Report, Dkt. No. 17, the parties have conferred and agree that there is no need, at this time, for Defendants to file a responsive pleading or for the parties to undertake discovery, and that suspending these deadlines would properly conserve the parties' and the Court's resources. The parties therefore propose and stipulate to the following:

1

1. Defendants' deadline to file a responsive pleading, and all parties' discovery-related deadlines (including for initial disclosures and the Rule 26(f) conference), shall be suspended, pending resolution of Plaintiff's pending motion, Dkt. No. 4, in accordance with the Court's Order Granting Joint Stipulation, Dkt. No. 14.

2. Within 14 days of the Court's resolution of Plaintiff's pending motion, Dkt. No. 4, the parties shall meet and confer, and shall provide the Court with a proposed schedule regarding the next steps in the litigation, including whether and when Defendants will file a responsive pleading and the parties' proposals regarding any discovery.

3. The Case Management Conference shall be continued to Tuesday, July 28, 2026, and the parties shall submit the Joint Case Management Statement on or before Tuesday, July 21, 2026, or such later dates as the Court may select, while the parties continue to file joint status reports in accordance with this Court's order, *see generally* Dkt. No. 14.

For the Court's convenience, the parties have attached a proposed order with the above provisions to this stipulation.

Dated: April 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA FAER
DARRELL W. SPENCE
Supervising Deputy Attorneys General
KATHERINE BRUCK
EDWARD NUGENT
ANTHONY PINGGERA
Deputy Attorneys General

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 229-0113
  E-mail: Edward.Nugent@doj.ca.gov

*Attorneys for Plaintiff State of California*

*/s/ J. Stephen Tagert*
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MICHELLE BENNETT
Assistant Branch Director
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

Dated:  April 22, 2026

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*


**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  April 22, 2026

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*