IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 3:26-cv-01259-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY DEADLINES FOR RESPONSIVE PLEADINGS AND DISCOVERY** |
| v. | |
| **U.S. DEPARTMENT OF EDUCATION et al.,** | |
| Defendants. | |

In this Court's order dated February 17, 2026, Dkt. No. 14, the Court set forth a schedule for the parties to provide this Court with joint status reports, pending a "determination regarding whether Defendant U.S. Department of Education (ED) will withhold funds [from Plaintiff State of California], should ED ultimately decide to do so," and for the parties to propose a briefing schedule within 2 days after such determination. *Id.* ¶¶ 1-2. The parties filed a joint stipulation on April 22, 2026, Dkt. No. 19, to suspend the deadlines for a responsive pleading and discovery during the existing schedule set by the Court's order. Upon consideration, and for good cause shown, the joint stipulation is **GRANTED**. In particular, consistent with the stipulation, the Court hereby **ORDERS** as follows:

1. Defendants' deadline to file a responsive pleading, and all parties' discovery-related deadlines (including for initial disclosures and the Rule 26(f) conference), are hereby suspended, pending resolution of Plaintiff's pending motion, Dkt. No. 4, in accordance with the Court's Order Granting Joint Stipulation, Dkt. No. 14.

2. Within 14 days of the Court's resolution of Plaintiff's pending motion, Dkt. No. 4, the parties shall meet and confer, and shall provide the Court with a proposed schedule regarding the next steps in the litigation, including whether and when Defendants will file a responsive pleading and the parties' proposals regarding any discovery.

3. The Case Management Conference is hereby continued to Tuesday, July 28, 2026, and the parties shall submit the Joint Case Management Statement on or before Tuesday, July 21, 2026, or such later dates as the Court may select, while the parties continue to file joint status reports in accordance with this Court's order, *see generally* Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: _____          _____