ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
EDWARD NUGENT
Deputy Attorney General
State Bar No. 330479
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 229-0113
  Fax:  (415) 703-5843
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**U.S. DEPARTMENT OF EDUCATION et al.,**<br><br>                                    Defendants. | Case No. 3:26-cv-01259-WHO<br><br>**SECOND JOINT STATUS REPORT RE: THIS COURT'S ORDER OF FEBRUARY 17, 2026 (DKT. NO. 14)**<br><br>Date:          N/A<br>Time:          N/A<br>Courtroom:  2<br>Judge:         Hon. William H. Orrick<br>Trial Date:   Not yet set<br>Action Filed: 2/11/2026 |

Per the Court's order entered on February 17, 2026, the parties hereby report that as of June 16, 2026, the parties do not have further information "regarding whether Defendants have determined to withhold funds, and if so, when such notice of withholding will issue." *See* Order Granting Joint Stipulation ¶ 1, Dkt. No. 14. The parties are preparing for the upcoming Case Management Conference on August 4 and will provide a Case Management Statement by July 28. They are otherwise proceeding in accordance with the schedule set forth in the Court's aforementioned order. *See generally id.* And, unless the Court orders otherwise at the Case Management Conference, the parties will file a third joint status report on Friday, August 14, 2026. *See id.* ¶ 1.

1

Dated:  June 16, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA FAER
DARRELL W. SPENCE
Supervising Deputy Attorneys General
KATHERINE BRUCK
EDWARD NUGENT
ANTHONY PINGGERA
Deputy Attorneys General

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102
   Telephone: (415) 229-0113
   E-mail:  Edward.Nugent@doj.ca.gov

*Attorneys for Plaintiff State of California*

*/s/ J. Stephen Tagert*
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MICHELLE BENNETT
Assistant Branch Director
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

Second Joint Status Report re: This Court's Order of February 17, 2026 (Case No. 3:26-CV-01259-WHO)

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this Joint Status Report are true and correct to the best of my knowledge.

Dated:  June 16, 2026

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  June 16, 2026

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*

3