ROB BONTA
Attorney General of California
LAURA FAER (SBN: 233846)
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorneys General
KATHERINE BRUCK (SBN: 342536)
JENNIFER BUNSHOFT (SBN: 197306)
ANTHONY PINGGERA (SBN: 320206)
EDWARD NUGENT (SBN: 330479)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 229-0113
  Fax:  (415) 703-5843
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 3:26-cv-01259-WHO |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| **U.S. DEPARTMENT OF EDUCATION et al.,** | Date:        N/A |
| | Time:        N/A |
| | Courtroom:  2 |
| Defendants. | Judge:       Hon. William H. Orrick |
| | Trial Date:   Not yet set |
| | Action Filed: February 11, 2026 |

The Court's order entered on February 17, 2026, sets forth, inter alia, the parties' obligations to file joint status reports and, if necessary, a proposed briefing schedule for a preliminary injunction. *See* Order Granting Joint Stipulation ¶¶ 1-2, Dkt. No. 14. Given the schedule set forth in the Court's order, the stay of the deadlines for discovery and a responsive pleading, *see* Order Granting Joint Stipulation ¶¶ 1-2, Dkt. No. 20, and because the parties have no further update regarding a determination by Defendants, *see* Second Joint Status Report, Dkt. No. 23, the parties have conferred and agree that there is no need, at this time, for the parties to proceed with the Case Management Conference currently scheduled for August 4, 2026, and that

1

continuing the Case Management Conference (and the deadline to submit a Joint Case Management Statement) would properly conserve the parties' and the Court's resources. The parties therefore propose and stipulate to the following:

The Case Management Conference shall be continued to Tuesday, November 3, 2026, and the parties shall submit the Joint Case Management Statement on or before Tuesday, October 27, 2026, or such later dates as the Court may select, while the parties continue to file joint status reports in accordance with this Court's order, *see generally* Dkt. No. 14.

For the Court's convenience, the parties have attached a proposed order with the above provision to this stipulation.

2

Dated:  July 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA FAER
DARRELL W. SPENCE
Supervising Deputy Attorneys General
KATHERINE BRUCK
JENNIFER BUNSHOFT
ANTHONY PINGGERA
Deputy Attorneys General

*/s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102
   Telephone: (415) 229-0113
   E-mail:  Edward.Nugent@doj.ca.gov

*Attorneys for Plaintiff State of California*

*/s/ J. Stephen Tagert*
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MICHELLE BENNETT
Assistant Branch Director
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

3

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

Dated:  July 27, 2026                              */s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  July 27, 2026                              */s/ Edward Nugent*
EDWARD NUGENT
Deputy Attorney General
*Attorney for Plaintiff State of California*

4