IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 3:26-cv-01259-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **U.S. DEPARTMENT OF EDUCATION et al.,** | |
| Defendants. | |

In this Court's order dated February 17, 2026, Dkt. No. 14, the Court set forth a schedule for the parties to provide this Court with joint status reports, pending a "determination regarding whether Defendant U.S. Department of Education (ED) will withhold funds [from Plaintiff State of California], should ED ultimately decide to do so," and for the parties to propose a briefing schedule within 2 days after such determination. *Id.* ¶¶ 1-2.

In the Court's order dated April 23, 2026, Dkt. No. 20, the Court scheduled a Case Management Conference for August 4, 2026, and directed the parties to file a Joint Case Management Statement by July 28, 2026.

The parties filed a joint stipulation on July 27, 2026, Dkt. No. 24, to continue the Case Management Conference while the parties continue to file joint status reports in accordance with

1

the Court's order. Upon consideration, and for good cause shown, the joint stipulation is **GRANTED**. The Court hereby **ORDERS** as follows:

The Case Management Conference is hereby continued to Tuesday, November 3, 2026, and the parties shall submit the Joint Case Management Statement on or before Tuesday, October 27, 2026, or such later dates as the Court may select, while the parties continue to file joint status reports in accordance with this Court's order, *see generally* Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: _____          _____